STATE OF CONNECTICUT *v.* DONALD PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 428, is denied.

*Thomas M. Conroy,* special public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided September 19, 1991

MADRID CORPORATION *v.* INLAND WETLANDS AGENCY OF THE TOWN OF MANSFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 446, is denied.

*Leonard Jacobs,* in support of the petition.

*Daniel K. Lamont,* in opposition.

Decided September 19, 1991

BRUCE A. BOULEY ET AL. *v.* CITY OF NORWICH ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 25 Conn. App. 492, is granted, limited to the following issue:

"Is an employee who is injured in the course of his employment and who has received workers' compensation benefits barred from receiving uninsured or underinsured benefits from his self-insured employer pursuant to General Statutes § 31-284 (a)?"

*Marc S. Mandell,* in support of the petition.

*Donald R. Beebe,* in opposition.

Decided September 19, 1991